UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED SEP 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

MINUTES- CIVIL TRIAL

Case No. 00-1373-CIV        Date 09-6-2001    Day # 3

Deputy Clerk VALERIE THOMPKINS    Courtreporter Brynn Dockstader

JUDGE PAUL C. HUCK                , PRESIDING

PARTIES: Zurich Insurance Comp a/s/o Bank Marcuard, Cook & Cie and Bank Marcuard, Cook & Cie, Ind.   VS.

ENRIQUE CLEMENTE BENET

PLTF(s) ATTY(s)                    DEFT(s) ATTY(s)

JANICE KELLY                       FRANK RODRIGUEZ

9:15 A.M./P.M.  Trial commenced/resumed- Jury/Non-Jury
/_____/       Statement of case to jury- voir dire
/_____/       Jury impaneled and sworn

1_____        7_____
2_____        8_____
3_____        9_____
4_____       10_____
5_____       11_____
6_____       12_____
           13_____
           14_____
           15_____

/_____/  _____
           _____
           _____

/_____/  Jury Trial continued until _____ at _____ am/pm

/_____/  Jury returned verdict in favor of _____. See verdict form.