UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-1373-CIV-HUCK/BROWN



ZURICH INSURANCE
COMPANY a/s/o ANGLOIRISH
BANK and ANGOLIRISH BANK,
individually,

    Plaintiffs,

vs.

ENRIQUE CLEMENTE BENET,

    Defendant.
_____/



## FINAL JUDGMENT

This action came on for trial before the Court from September 4, 2001 through September 7, 2001, with the Honorable Paul C. Huck, District Judge, presiding. The Court's findings of facts and conclusions of law were stated on the record on September 7, 2001. The issues having been duly tried and a decision having been duly rendered, it is hereby

ORDERED that Final Judgment be and the same is hereby ENTERED in favor of Defendant ENRIQUE CLEMENTE BENET, and against Plaintiffs ZURICH INSURANCE COMPANY a/s/o ANGLOIRISH BANK and ANGOLIRISH BANK, individually. Plaintiff shall take nothing and this action is dismissed on the merits. Defendant shall recover of the plaintiffs his costs of action, and the Court retains jurisdiction to consider an appropriate motion for attorneys' fees.

DONE AND ORDERED in chambers, Miami, Florida this 28 day of September, 2001.

                                          Paul C. Huck
                                          United States District Judge

Copies furnished to:
Frank R. Rodriguez, Esq.
Janice A. Kelly, Esq.

